United States District Court
Eastern District of Washington

JUAN PIERRE GRIFFIN
_____
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

THE ENTIRE UNITED STATES CONGRESS
_____
_____
_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section I. Do not include addresses here.)*

2:17-CV-00006-JLQ
Case No. _____
(To be filled out by Clerk's Office only)

## COMPLAINT

Jury Demand?
☒ Yes
☐ No

RECEIVED
JAN 04 2017
CLERK, U.S. DISTRICT COURT
SPOKANE, WA

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

If this is an employment discrimination claim or social security claim, please use a different form.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

## I. PARTIES IN THIS COMPLAINT

**Plaintiff**

*List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

Plaintiff: Juan Ksokas Griffin
Name (Last, First, MI)

240 W. Sprague Ave Apt C-1
Street Address

Spokane, Spokane     WA     99201
County, City     State     Zip Code

(509) 217-8664     ROGERSMITH2016@GMAIL.COM
Telephone Number     E-mail Address (if available)

**Defendant(s)**

*List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: The entire United States Congress
Name (Last, First)

Not Sure
Street Address

Not Sure, Washington DC         Not Sure
County, City     State     Zip Code

Defendant 2: N/A
Name (Last, First)

N/A
Street Address

N/A    N/A     NA     WA
County, City     State     Zip Code

**Defendant(s) Continued**

Defendant 3: N/A
Name (Last, First)

N/A
Street Address

| N/A , N/A | N/A | N/A |
|---|---|---|
| County, City | State | Zip Code |

Defendant 4: N/A
Name (Last, First)

N/A
Street Address

| N/A , N/A | N/A | N/A |
|---|---|---|
| County, City | State | Zip Code |

## II. BASIS FOR JURISDICTION

*Check the option that best describes the basis for jurisdiction in your case:*

☒ **U.S. Government Defendant:** United States or a federal official or agency is a defendant.

☐ **Diversity of Citizenship:** A matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000.

☒ **Federal Question:** Claim arises under the Constitution, laws, or treaties of the United States.

If you chose "Federal Question", state which of your federal constitutional or federal statutory rights have been violated.

I saw on the Woken Wide Web that Congress is updating the U.S. Constitution, why are non-white Americans right to vote being changed? Longer counties have Indians class smaller counties. Why are some members of Congress making non-white Americans into certain subjects?

## III. VENUE

*This court can hear cases arising out of the Eastern District of Washington.*

*Under 28 U.S.C § 1391, this is the right court to file your lawsuit if: (1) All defendants live in this state AND at least one of the defendants lives in this district; OR (2) A substantial part of the events you are suing about happened in this district; OR (3) A substantial part of the property that you are suing about is located in this district; OR (4) You are suing the U.S. government or a federal agency or official in their official capacities and you live in this district. Explain why this district court is the proper location to file your lawsuit.*

Venue is appropriate in this Court because:

The United States Supreme has been one judge short since I issue the 29th of Aug; Why? The only venue that is appropriate for any legal action is the International Court.

## IV. STATEMENT OF CLAIM

Place(s) of occurrence: ~~Spavins~~ Washington D.C. and all U.S. State Capitols

Date(s) of occurrence: 1783 to Present

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions.*

**FACTS:**

> What happened to you?

From 1783 the new U.S. lawmakers in every city, county and U.S. states have left out a large segment of the population when it comes to the right to vote. Why just white men who own a certain amount of property became members of the electoral college? Why 1920 ~~when it came~~ women were finally given the Constitutional right to express there right to life, liberty and happiness? The individuals who happen to have 1% black in them were kicked out of some states, i.e. Oregon. I'm not sure if the "New South" is like the "Old South" but on voting places hale a area of scrap and the non-white voter have to guess "How many bubbles does it make?"

| Was anyone else involved? | EVERY MEMBER OF EVERY U.S. CONGRESSIONAL BODY FROM 1783 UNTIL TODAY |

| Who did what? | SEE THE LIB. OF CONGRESS FOR THE NAMES OF ALL THOSE WHO SERVED IN CONGRESS FROM 1783 UNTIL TODAY |

## V. INJURIES

*If you sustained injuries related to the events alleged above, describe them here.*

All non-white voters were put into a position of a sub-human. Why? Who knew what and what did they do about it?

## VI. RELIEF

The relief I want the court to order is:

☐ Money damages in the amount of: $ 999 Trillion for every non-white voter

☐ Other (explain):

I as the American who happen to be non-white would like to insure that this legal matter is kept to the leaders of the U.S. Congress and the "Father Figure" I.E. the President of the United States of America, and myself.

## VII.  CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

JAN
4 ~~DEC~~ 2017
_____
Dated

_____
Plaintiff's Signature

GRIFFIN, JUAN P ( NO P.B GRIFFIN )
_____
Printed Name (Last, First, MI)

240 W. Sprague Ave Apt C-1    Spokane    WA    99201 not 99203
_____
Address      City      State      Zip Code

(509) 217-8604
_____
Telephone Number

ROGERSMITH2016@GMAIL.COM
_____
E-mail Address (if available)

*List the same information for any additional plaintiffs named. Attach additional sheets of paper as necessary.*