# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

JUAN PIERRE GRIFFIN

*Plaintiff*

v.

THE ENTIRE UNITED STATES CONGRESS

*Defendant*

Civil Action No. 2:17-CV-00006-JLQ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   The Complaint (ECF No. 4) and the claims therein are DISMISSED WITH PREJUDICE and without costs or attorneys' fees awarded to any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Justin L. Quackenbush


Date:   January 5, 2017

CLERK OF COURT

SEAN F. McAVOY

s/ Cora Vargas
*(By) Deputy Clerk*

Cora Vargas